<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANE DOE (M.J.J.),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 24-6490 (SDW) (JRA)<br><br>**ORDER**<br><br>January 30, 2025 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Defendants Wyndham Hotels & Resorts, Inc., LQ Management L.L.C., La Quinta Franchising, LLC, and La Quinta Holdings Inc.'s motion to dismiss (D.E. 18) Plaintiff Jane Doe (M.J.J.)'s complaint, and this Court having considered the parties' submissions, for the reasons stated in this Court's opinion dated January 30, 2025,

**IT IS** on this 30th day of January 2025,

**ORDERED** that the motion to dismiss is **DENIED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ *Susan D. Wigenton*
　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　　　Clerk
　　　　　José R. Almonte, U.S.M.J.
　　　　　Parties